**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x
In re:                                                :
                                                      :      Chapter 13
     William L McDonald,                 :
                                                      :
                                                      :      Case No.  25-13914 (DJB)
                                        Debtor.       :
-------------------------------------------------------x

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a priority creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a) and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.      On September 26, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2.      On  March 16, 2026,  the City filed a claim that included a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code for Net Profit Tax, totaling $104.32.  A true and correct copy of the claim (the "Claim") is attached hereto as **Exhibit A**.

3.      The Claim also included unliquidated, non-filed business tax returns for Business Income and Receipt Tax and Net Profit Tax for which the Debtor was obliged to file returns but has failed to do so is marked as **Exhibit A**.

4.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

5.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

6.      As of March 16, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

**Business Income and Receipts Tax** return for the periods: 12/31/2016, 12/31/2017, 12/31/2018, 12/31/2020, 12/31/2021 & 12/31/2022

**Net Profits Tax** return for the periods:  12/31/2015, 12/31/2016, 12/31/2017, 12/31/2018, 12/31/2020, 12/31/2021 & 12/31/2022

7.      The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

8.      A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

9.      The Plan should not be confirmed until all priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 18, 2026              By:    */s/ Megan N. Harper*
                                   MEGAN N. HARPER
                                   Divisional Deputy City Solicitor
                                   PA Attorney I.D. 81669
                                   Attorney for the City of Philadelphia
                                   City of Philadelphia Law Department
                                   Municipal Services Building
                                   1401 JFK Boulevard, 5th Floor
                                   Philadelphia, PA  19102-1595
                                   215-686-0503 (phone)
                                   Email: Megan.Harper@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                              :
                                                    :       Chapter 13
        William L McDonald,               :
                                                    :
                                                    :       Case No.  25-13914 (DJB)
                                  Debtor.   :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Megan N. Harper hereby certify that on March 18, 2026, a copy of the Objection to the Purposed Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice:

Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
KENNETH E. WEST
190 N. Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

Debtor's Counsel of Record:
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard – Suit 220
Philadelphia, PA 19102

Via USPS Mail Delivery:
William L McDonald
5942 N. Franklin Street
Philadelphia, PA 19120

THE CITY OF PHILADELPHIA

Dated: March 18, 2026          By:      /s/ Megan N. Harper
                                                    MEGAN N. HARPER
                                                    Divisional Deputy City Solicitor
                                                    PA Attorney I.D. 81669

3