IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>WILLIAM L MCDONALD<br>Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2<br>Movant,<br><br>v.<br><br>WILLIAM L MCDONALD, and<br>TERRI L MCDONALD ("Non-Filing Co-Debtor")<br>KENNETH E. WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-13914-djb<br><br>Chapter 13 |

MOTION FOR RELIEF & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC2 (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief & Co-Debtor Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1. Respondent, William L McDonald ("Debtor") is an adult individual with a residence located at: 5942 N. Franklin Street, Philadelphia, PA 19120.

2. Respondent, Terri L McDonald ("Non-Filing Co-Debtor") is an adult individual with a residence located at: 12 Bromley Ct, Atco, New Jersey 08004.

3. Kenneth E. West, is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

JURISDICTION AND VENUE

4. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

5. On or about September 26, 2025, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

6. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC2 holds a mortgage (the "Mortgage") on the Debtor's real property located at 12 Bromley Ct, Atco, New Jersey 08004 (the "Property"), recorded in the Office of the Recorder of Deeds for Camden County, New Jersey, to secure a Note (the "Note") with a principal balance of $216,160.00. True and correct copies of the Mortgage, Assignment of Mortgage, and Note are attached hereto as Exhibits "A", "B" and "C", respectively.

7. Non-Filing Debtor, Terri L McDonald executed the Note, Mortgage and Loan Modification. Her interest in the Property is protected by the Automatic Stay and must be vacated to allow Movant to proceed with any collection activities they choose to exercise.

8. NewRez LLC dba Shellpoint Mortgage Servicingservices the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, thiscase dismisses, and/or the Debtors obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the

name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

9. The Debtors entered into a Loan Modification Agreement with the Movant on December 14, 2018, changing the principal balance of the Note to $227,204.99. See Exhibit "D".

10. Pursuant to the Note, mortgage payments are due on the 1st day of each month. As of October 5, 2026, the principal and interest mortgage payments are $885.00 plus an escrow payment of $821.49 for a total monthly mortgage payment of $1,706.49. See Exhibit "E".

11. The Total Debt as of October 5, 2026, was $223,022.94, which includes a $198,939.69 unpaid principal balance, $3,811.90 in accrued interest, $5,286.57 in escrow advances, $2,538.72 in fees and cost, and $12,446.06 in deferred principal. See Exhibit "F".

12. The Debtors have failed to maintain their monthly post-petition payments. As of October 5, 2026, this loan was due for June 1, 2026 – October 1, 2026 post-petition payments, for a total amount post-petition past due of $8,423.04. See Exhibit "E".

13. Additional Bankruptcy fees in the amount of $350.00, plus Bankruptcy cost of $199.00 have been incurred due to the filing of this motion.

14. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC2 is entitled to relief from the automatic stay for cause, including lack of adequate protection, because Debtor has failed to make monthly payments to Movant. 11 U.S.C. § 362(d)(1).

15. Within this motion, the Movant requests a waiver of Rule 4001(a)(4) to have relief effective upon entry of the Court Order.

16. Code Section 1301 provides for a stay against collection against a co-debtor.

17. Movant is entitled to co-debtor relief pursuant to 11 U.S.C. § 1301(c) because (i) Movant will be irreparably harmed if not able to pursue collection action against the Co-Debtor for any balance of the note not paid and for the right to foreclose on the Property.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-AMC2 respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay under 11 U.S.C. §1301 with respect to the property located at: 12 Bromley Ct, Atco, New Jersey 08004.

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST
O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: October 6, 2026